United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROOSEVELT WILLIAMS,
Plaintiff,

v.

CAPITAL CITY HONDA, et al.,
Defendants.

Case No. 3:26-cv-07640-JSC

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION**

Re: Dkt. Nos. 2, 8

The Court has reviewed Magistrate Judge Thomas S. Hixson's report and recommendation to dismiss this action for lack of subject matter jurisdiction. (Dkt. No. 8.) Because the Complaint did not plead any federal claims and did not state a basis for diversity jurisdiction, Judge Hixson ordered Plaintiff to show cause as to how the court had subject matter jurisdiction over his claims. (Dkt. No. 6.) Judge Hixson ordered Plaintiff to file a written response to the Court's order by August 10, 2026. (Dkt. N. 6 at 2.) When Plaintiff failed to respond, Judge Hixson issued the underlying report and recommendation that the action be dismissed for lack of subject matter jurisdiction. (Dkt. No. 8.)

Objections to Judge Hixson's order were due on or before August 31, 2026. *See* Fed. R. Civ. P. 72(b)(2). As of today's date, no objection or other response has been filed by any party.

Having reviewed the matter de novo, the Court ADOPTS the Report and Recommendation in its entirety and dismisses the action without prejudice for lack of subject matter jurisdiction. In light of this Order, the motion to proceed in forma pauperis is denied.

United States District Court
Northern District of California

(Dkt. No. 2.)

This Order disposes of Docket Nos. 2, 8.

**IT IS SO ORDERED.**

Dated: September 8, 2026

JACQUELINE SCOTT CORLEY
United States District Judge